IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DAVID DARNELL NELSON, JR.,

    Plaintiff,

v.

STATE OF WISCONSIN, MATTHEW BURNS, ANDREW LARSON, C.O. MITCHELL BILLE, C.O. DEREK BLAKE, C.O. ASHLEY DELFOSSE, C.O. ANTHONY LO BIANCO, C.O. MICHAEL LUNDE, C.O. GERRAD KIBBEL, C.O. BRETT MIERZEJEWSKI, C.O. JEFFREY PERRY, C.O. NATHAN TANK, SUPERVISOR BRICK, MS. LARSON, KYLE TRITT AND HSU MANAGER DOE,

    Defendants.

Case No. 16-cv-506-jdp

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

/s/ Peter Oppeneer, Clerk of Court

2/14/2019
Date